USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUTH ORTIZ,

                Plaintiff,

-against-

ANDREW SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

19 CIVIL 942 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 10, 2020, Plaintiff's Motion for Judgment on the Pleadings is DENIED; Defendant's Cross Motion for Judgment on the Pleadings is GRANTED; and the Commissioner's decision is AFFIRMED.

**Dated:** New York, New York
       March 11, 2020

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

BY: _____
                                                  Deputy Clerk